# Court of Appeals
# of the State of Georgia

ATLANTA, October 22, 2013

*The Court of Appeals hereby passes the following order:*

## A14D0051. RICKEY JEROME COX, JR. v. 2012 C PROPERTY HOLDINGS, LLC.

Rickey Jerome Cox, Jr. filed this application for discretionary appeal from the trial court's order dismissing his wrongful foreclosure complaint for want of prosecution. Based on the sparse application materials submitted, no provision of OCGA § 5-6-35 (a) appears to require the filing of a discretionary application in this case. And an order dismissing all claims in a civil complaint is generally a final, directly appealable order.

Because it appears that Cox has a right of direct appeal here, this application is hereby GRANTED under OCGA § 5-6-35 (j). Cox shall have ten days from the date of this order to file a notice of appeal, if he has not already done so. The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 10/22/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*